**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**CIVIL ACTION NO. 1:19-cv-809(WOB-SKB)**

**MEGAN KYTE**                                                           **PETITIONER**

VS.                                               <u>**JUDGMENT**</u>

**WARDEN, HAMILTON COUNTY**
**JUSTICE CENTER**                                        **RESPONDENT**

    This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 9), and no objections having been filed thereto, and the Court being sufficiently advised,

    **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 9) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's petition for a writ of habeas corpus (Doc. 4) be, and it hereby is, **DISMISSED WITHOUT PREJUDICE;** that petitioner's motion to add evidence (Doc. 8) be, and it hereby is, **DENIED AS MOOT.** A certificate of appealability shall not issue because petitioner has not made a substantial showing of the denial of that a constitutional right that is remediable at the juncture in this proceeding. Pursuant to 28 U.S.C. § 1915(a)(3), any

application by petitioner to proceed on appeal *in forma pauperis* would be not be taken in "good faith."

This 26th day of August, 2020.



Signed By:
*William O. Bertelsman* WOB
United States District Judge